**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

SAHODIA MCNUTT

       Plaintiff,

v.                                       Case No. 2:16-cv-935

WAL-MART STORES, INC.

       Defendants.

---

**STIPULATION FOR DISMISSAL**

---

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the

claims against the Defendant may be dismissed with prejudice and without costs or attorney's

fees to either party.

       Dated this 16th day of May, 2017.


CANFIELD & LUTZ, LLC                MWH LAW GROUP LLP


By:   /s/ Jason Canfield             By:   /s/ Carlos Pastrana
      Jason Canfield (#1083007)          Emery K. Harlan (# 1000240)
1437 N. Prospect Avenue, Suite 200        Carlos Pastrana (#1088286)
Milwaukee, WI 53202              735 N. Water Street, Suite 610
Telephone:  (414) 935-2810          Milwaukee, WI 53202
Facsimile:  (414) 935-2821           Telephone:     (414) 436-0353
Email:  Jason.Canfield@CanfieldandLutz.com   Facsimile:     (414) 436-0354
                                 Email:  emery.harlan@mwhlawgroup.com
*Attorneys for Plaintiff*                    carlos.pastrana@mwhlawgroup.com


                                  *Attorneys for Defendant*